IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEAN WINE, as Trustee of the Taft-Hartley Trust Funds; et.al., | CASE NO. CV09-638-PHX-DGC |
| Plaintiffs, | WRIT OF GARNISHMENT AND |
| v. | SUMMONS |
| WINIFRED ELECTRIC, INC., an Arizona corporation, | (NON-EARNINGS) |
| Defendants. | |
| WASHINGTON MUTUAL BANK, FA, | |
| Garnishee. | |

**GARNISHEE**:

TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER IN MARICOPA COUNTY: You are commanded to summon garnishee named above, who is believed to be in your county, to answer the following claims:

1. Plaintiffs, Dean Wine as Trustee of the Taft-Hartley Trust Funds, et.al., were awarded an order for provisional remedies against Winifred Electric, Inc.

2. The amount due as of September 14, 2010 is $24,009.56. Interest at the legal rate of 1.3% accrues until the full amount is paid.

3. The addresses of the plaintiffs, defendant, garnishee, attorney or representative of garnishee (*if any*) are:

| PLAINTIFFS | DEFENDANT |
|---|---|
| Dean Wine, et.al. | Winifred Electric, Inc. |
| c/o Ward, Keenan & Barrett, P.C. | 7710 N. 83rd Drive |
| 3838 N. Central Avenue, Suite 1720 | Glendale, Arizona 85305 |
| Phoenix, Arizona 85012 | |

**GARNISHEE**

Washington Mutual Bank, N.A.

7710 N. 83rd Drive

Glendale, AZ 85305

4. Garnishee is believed to hold money or property owed or belonging to defendant.

## TO THE ABOVE-NAMED GARNISHEE

GARNISHEE SHALL answer in writing, under oath, within ten (10) days after service of the WRIT OF GARNISHMENT upon you, all of the following questions:

1. Whether the garnishee has money or property belonging to the defendant;
2. The amount of money owed the defendant and the amount of money withheld;
3. The amount of money released with the reason(s) for the release stated;
4. A description of personal property of the defendant in possess of the Garnishee;
5. What the Garnishee has withheld;
6. What shares or interest the defendant may own if the garnishee is a corporation;

## SUMMONS

A Writ of Garnishment has been issued, naming you as garnishee. You are commanded to answer this Writ within ten (10) days. If you don't answer, you may be ordered to appear in person to answer the WRIT.

*WARNING: A default judgment may be entered against you, the garnishee, for the full amount shown on the writ, plus attorney fees and costs if you fail to answer the writ within ten (10) days.*

**DO NOT SEND ANY MONEY UNTIL YOU RECEIVE A COURT ORDER TELLING YOU TO DO SO.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATE: _____9/15/10_____

RICHARD WEARE, CLERK OF COURT

DEPUTY CLERK _____[signature]_____