1
Gerald Barrett, State Bar No. 005855
WARD, KEENAN & BARRETT, P.C.
2
3838 North Central Avenue, Suite 1720
Phoenix, Arizona  85012
3
Telephone Number: (602) 279-1717
Facsimile Number: (602) 279-8908
4
Attorneys for Plaintiffs/Judgment Creditors

5

6
**IN THE UNITED STATES DISTRICT COURT**

7
**FOR THE DISTRICT OF ARIZONA**

8
DEAN WINE, as Trustee of the Plaintiff Taft-
Hartley Trust Funds; et.al.,
9
                                                            CASE NO. CV09-638-PHX-DGC
                    Plaintiffs,
10                                                          APPLICATION FOR WRIT OF
                                                            GARNISHMENT OF NON-EARNINGS
11
        v.

12
WINIFRED ELECTRIC, INC., an Arizona
corporation; et. al.,
13
                    Defendant,

14
_____

15
J.P. MORGAN CHASE, N.A.,

16
                    Garnishee.

17
_____

18

19
        1.      Plaintiffs, DEAN WINE, as Trustee of the Plaintiff Taft-Hartley Trust Funds,

20
et.al., make this application pursuant to an order (Doc # 36) authorizing use of provisional

21
remedies against Defendant Choice Plumbing Mechanical, LLC, an Arizona corporation for

22
collection of monies due.

23
        2.      The amount due as of July 2, 2009  is $24,009.56.  Interest at the legal rate of

24
1.3% accrues until the full amount is paid.

25
        3.      Plaintiff believes the statements checked below are true:

26
                *(Check all that apply)*

27
                [ ]     Garnishee owes defendant money which wasn't earned by defendant for

28
personal services performed by defendant.

                [**X**]     Garnishee is holding money for defendant  which is not exempt from

1   collection.

2           [ ]        Garnishee has personal property which belongs to defendant and which is

3   not exempt from collection.

4           [ ]        Garnishee is a corporation and defendant owns shares or other interest in

5   the corporation.

6       4.      Garnishee's name and address is:

7               J.P. Morgan Chase, N.A.
                (602) ) 589- 4086
8               7801 N 19th Avenue
                Phoenix, AZ
9
        5.      Plaintiffs have included a Writ of Garnishment and Summons form and ask that
10  the Writ be issued.

11
            September 24, 2010          S/Gerald Barrett
12  _____DATE                          GERALD BARRETT
                                        Attorney for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28